# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| ANUWAVE, LLC, | § | |
|---|---|---|
| *Plaintiff,* | § | |
| v. | § | |
| BANK OF THE WEST CORP. | § | 2:15-cv-1944-RWS-RSP |
| COMERICA BANK ET AL. | § | 2:15-cv-1946-RWS-RSP |
| INTOUCH CREDIT UNION | § | 2:15-cv-1956-RWS-RSP |
| POINTBANK | § | 2:15-cv-1967-RWS-RSP |
| SUNTRUST BANK | § | 2:15-cv-1969-RWS-RSP |

## ORDER

The Parties in each of the above-captioned cases filed joint Motions to Extend the duration of stays pending settlement and to postpone the status conference hearing. *See, e.g.*, (Dkt. No. 15 in Case No. 2:15-cv-1969). The settlement stays currently in place in each of these cases expires today and the Court has set a status hearing in each case for 9:00 a.m. tomorrow April 7, 2016. *See, e.g.* (Dkt. No. 14 in Case No. 2:15-cv-1969).

The Motions to Extend were filed at approximately 2:20 p.m. Central time today. These Motions do not state any specific good cause why the stay should be extended nor do they explain why the parties filed these Motions less than twenty-four hours prior to the scheduled hearing.

Accordingly, the Motions to Extend are **DENIED**. The parties shall appear for a status conference hearing at 9:00 a.m. April 7, 2016 as previously ordered.

**SIGNED this 6th day of April, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE